IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1-25-cv-21977-GAYLES/GOODMAN

MARTHA FERRER,

    *Plaintiff,*

v.

MIAMI-DADE COUNTY, FLORIDA,

    *Defendant.*

_____/

<u>MEDIATOR'S REPORT</u>

The above-styled cause was mediated on this 7th day of APRIL 2026.

<u>RESULT</u>

☐ Settled In Full
☐ Settled In Part
☐ Adjourned
☒ Impasse

Respectfully Submitted,


By:   /s/ Israel Reyes
ISRAEL REYES, ESQ.
MEDIATOR
ireyes@reyeslawfirmpa.com
THE REYES LAW FIRM, P.A.

*CASE NO.: 1:25-CV-21977-GAYLES/GOODMAN*
*MARTHA FERRER vs. MIAMI-DADE COUNTY FLORIDA*
*TRLF FILE NO: 6999.1573*

<u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to the following parties and will be electronically filed.

*Plaintiff's Counsel*
Peter M. Hoogerwoerd, Esq.                    pmh@rgph.law

*Defendant's Counsel*
Andrea S. de Ona, Esq.                    andrea.deona@miamidade.gov

DATED this 30th day of JUNE 2026.

Respectfully Submitted,

By:   /s/ Israel Reyes
ISRAEL REYES, ESQ.
MEDIATOR
Florida Bar No.: 47627
ireyes@reyeslawfirmpa.com
THE REYES LAW FIRM, P.A.
343 Alcazar Avenue
Coral Gables, Florida 33134
Telephone (305) 403-2272

*CASE NO.: 1:25-CV-21977-GAYLES/GOODMAN*
*MARTHA FERRER vs. MIAMI-DADE COUNTY FLORIDA*
*TRLF FILE NO: 6999.1573*